JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>         Plaintiff,<br><br>v.<br><br>HEBREW NEWS, INC. D/B/A HEBREW NEWS,<br><br>         Defendant. | Case No. 2:23-cv-02454-SB-PD<br><br>FINAL JUDGMENT |

Pursuant to the Court's Order Granting in Part Plaintiff's Motion for Default Judgment entered separately this day, judgment is hereby entered in favor of Plaintiff Christopher Sadowski and against Defendant Hebrew News, Inc. d/b/a Hebrew News on all claims as follows:

- Defendant is **PERMANENTLY ENJOINED** from (a) directly or indirectly infringing Plaintiff's copyrights in the six Photographs described in Plaintiff's complaint (Photographs) or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from the Photographs or to participate or assist in any such activity; and (b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of the Photographs.

- Plaintiff is **AWARDED** $27,000 in statutory damages.

The clerk is directed to close the case.  This is a final judgment.

Date: July 7, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1